UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDELL STARR,<br><br>Plaintiff,<br><br>v.<br><br>MODERN AVIATION INC,<br><br>Defendant. | Case No. C26-4616-TL<br><br>ORDER ON APPLICATION TO PROCEED IN FORMA PAUPERIS |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The incorporated Application for Court-Appointed Counsel, Dkt. 1-3, is not addressed at this time. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 25th day of November, 2026.

S. KATE VAUGHAN
United States Magistrate Judge